**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIVE FACE ON WEB, LLC,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 11-2497** |
| | : | |
| **v.** | : | |
| | : | |
| **HIGHVIEW TRAVEL, LLC et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## <u>ORDER</u>

**AND NOW,** this 25th day of January 2012, upon review of Plaintiff's Motion for Default Judgment [Doc. No. 13] and Defendant's Response in Opposition, and upon review of Defendants' Motion to Vacate Entry of Default [Doc. No. 17], Plaintiff's Response, and Defendant's Reply, and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that:

1.   Plaintiff's Motion for Default Judgment is **DENIED**;

2.   Defendant's Motion to Vacate Default is **GRANTED**, as the Court lacks personal jurisdiction over the Defendants;

3.   The above captioned case shall be **TRANSFERRED** to the Eastern District of New York.

The Clerk of Court is **DIRECTED** to close this case.

It is so **ORDERED.**

**BY THE COURT:**


**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**
